IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| WILLIAM ANTHONY, BILLY BRASWELL, DAVID DANIEL BUMGARNER, DAVID SCOTT BUMGARNER, PAULETTE BUMGARNER, JAMES MITCHELL CHAPPELL, CHARLES CRENSHAW, JAMES DICKERT, MATTHEW JORDAN DROST, ALAN ERNANDEZ, RICK ERTZBERGER, GARY EVATT, REX EVATT, BARRY EVETT, KEVIN HANCOCK, GEORGE HURLEY, EILEEN ISELI, RANDY JACKSON, ROY JEWELL, DANNY JOHNSON, JAMES KELLY, JUDY LEE, TERRY LEE, JASON LEWIS, BENNY MCGUFFIN, KENNETH MCGUFFIN, JACK MCQUEEN, LUCAS OLIVER, WILLIAM OWENS, NOLAN PACE, KENNETH PARHAM, ERNEST PRICE, GARY PRINCE, WILLIAM RHODES, WILLIAM SHARPE, MARK DAVID SHEPHERD, BRUCE SMITH, LOUIS SPOONE, ANNETTE SPRINGS, EDWARD STEWART, LAYTON SUTTLES, TYSON TAYLOR, ABEL TRAVINO, RANDOLPH WARD, AND GARY WINCHESTER, <br><br> PLAINTIFFS, <br><br> vs. <br><br> THE ATLANTIC GROUP, INC. D/B/A DZ ATLANTIC, <br><br> DEFENDANT. | CASE NO. : 8:09-cv-02383-HFF <br><br><br><br><br><br><br><br> **ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS THREE NAMED PLAINTIFFS** |

The parties to this action have filed a Motion to Amend the Complaint pursuant to F.R.C.P., Rule 15. This amendment is being made in accordance with the Court's Scheduling

Order.  The reason for the dismissal of three named Plaintiffs is that Danny Johnson has requested to withdraw from this litigation and William Sharpe and Annette Springs last worked for Defendant in North Carolina.  The Court finds that good cause has been shown to amend the Complaint at this stage of litigation and an Order reflecting such should be entered in the case.

    THEREFORE, IT IS ORDERED that Plaintiffs Danny Johnson, William Sharpe, and Annette Springs are dismissed from this case without prejudice.

    s/Henry F. Floyd
    The Honorable Henry F. Floyd
    United States District Judge

December 8, 2009